FILED
2013 Aug-28  AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **EDWIN KINDRED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:13-cv-0902** |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Edwin Kindred against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 28th day of August, 2013.

>  */s/ Alan D. Leeth*
>  Alan D. Leeth (LEE038)
>  R. Frank Springfield (SPR024)
>  Rachel R. Friedman (FRI045)

2115318 v1

>BURR & FORMAN LLP
>420 North 20th Street, Suite 3400
>Birmingham, AL  35203
>Telephone:  (205) 251-3000
>Facsimile:   (204) 458-5100
>aleeth@burr.com
>fspringf@burr.com
>rfriedman@burr.com
>
>Attorneys for Defendant
>PORTFOLIO RECOVERY ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 28th day of August, 2013:

>John G. Watts
>M. Stan Herring
>Watts & Herring, LLC
>301 19th Street North
>Birmingham, Alabama 35203
>john@wattsherring.com
>stan@wattsherring.com

>*s/ Alan D. Leeth*
>OF COUNSEL